JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS ENNIS , <br><br> Plaintiff, <br><br> v. <br><br> RELIASTAR LIFE INSURANCE COMPANY; THE LONG TERM GROUP FOR EMPLOYEE OF FOTO-KEM INDUSTRIES, INC; and DOES 1 to 10, Inclusive, <br><br> Defendant. | Case No. 2:25-cv-03460-PA (MARx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** <br><br> Judge:  Percy Anderson <br> Ctrm:   9A, 9th Floor <br><br> Complaint Filed:  April 18, 2025 |

Based upon the Stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice;

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Date:  August 4, 2025

_____
Percy Anderson
United States District Judge

4922-9215-6249 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 2:25-cv-03460-PA (MARx)
ORDER GRANTING STIPULATION TO
DISMISS THE ENTIRE ACTION WITH
PREJUDICE